## Commonwealth ex rel. Jones, Appellant, v. Maroney.

 Submitted November 8, 1965. *William Jones,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Keenan, Appellant, v. Maroney.

 Submitted November 8, 1965. *John Leo Keenan,* appellant, in propria persona; *Edgar P. Herrington, Jr.,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Knobloch, Appellant, v. Russell.

 Submitted November 8, 1965. *Richard G. Knobloch,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.